UNITED STATES DISTRICT COURT
FOR THE STATE OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 07-cv-00271-WYD-BNB

GERALDINE SWIMMER, f/k/a, Geraldine Mossman, individually, and as next friend of SEAN SWIMMER, f/k/a Sean Mossman, a minor,

    Plaintiffs,

v.

THE UNITED STATES OF AMERICA;
CATHY O'NEIL;
METRO COMMUNITY PROVIDER NETWORK;
PORTERCARE ADVENTIST HEALTH CARE SYSTEM, INC.; and
JOEL SCHWARTZ,

    Defendants.

**ORDER OF DISMISSAL, WITH PREJUDICE, OF CLAIM OF PLAINTIFF GERALDINE SWIMMER, INDIVIDUALLY, AGAINST JOEL SCHWARTZ, M.D.**

The Court having reviewed the Stipulation of Dismissal With Prejudice, of Claim of Plaintiff Geraldine Swimmer, Individually, Against Joel Schwartz, M.D. (Filed May 7, 2007), and being fully advised of the premises therein, hereby

ORDERS that the Stipulation is **APPROVED**. In accordance therewith, it is

ORDERED that the claim of Geraldine Swimmer, individually, against Defendant Joel Schwartz, M.D., is **DISMISSED WITH PREJUDICE**, each party to bear its own costs and fees. This dismissal has no effect on Sean Swimmer's claim against Dr. Schwartz or Plaintiffs' claims against any of the remaining Defendants.

Dated: May 25, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge