UNITED STATES DISTRICT COURT
FOR THE STATE OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 07-cv-00271-WYD-BNB

GERALDINE SWIMMER, f/k/a, Geraldine Mossman, individually, and as next friend of SEAN SWIMMER, f/k/a Sean Mossman, a minor,

    Plaintiffs,

v.

THE UNITED STATES OF AMERICA;
CATHY O'NEIL;
METRO COMMUNITY PROVIDER NETWORK;
PORTERCARE ADVENTIST HEALTH CARE SYSTEM, INC.; and
JOEL SCHWARTZ,

    Defendants.

## ORDER OF DISMISSAL WITHOUT PREJUDICE

THIS MATTER is before the Court on the parties' Stipulation of Dismissal (filed June 12, 2007). The Stipulation seeks a dismissal of the case without prejudice pursuant to FED. R. CIV. P. 41(a)(1). The Stipulation asserts that the Court lacks jurisdiction to entertain this action because Plaintiffs' administrative claims have not yet been finally decided.

After a careful review of the Stipulation and the file, I conclude that the Stipulation should be approved and the case dismissed. Accordingly, it is

ORDERED that the Stipulation of Dismissal with Prejudice is **APPROVED** and this matter is **DISMISSED WITHOUT PREJUDICE** pursuant to FED. R. CIV. P. 41(a)(1), with the parties to pay their own attorneys' fees and costs.

Dated: June 12, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge